IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROSEMARY HERNANDEZ-AVALOS, | ) | 8:12CV148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 9) is granted, as follows: Plaintiff shall have until August 27, 2012, to respond to Defendant's motion to dismiss (filing 6).

DATED this 15th day of August, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

-1-